WILLIAM F. COX, Respondent, v. CENTRAL RAILROAD OF HAITI, INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

MOSES LEVINSON and Another, Appellants, v. LEO FINKENBERG and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ANTONIO REALTY CORPORATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order modified by allowing amended answer to be served within five days upon payment of all costs to date. Plaintff is given leave to discontinue the action within five days from service of the order to be entered hereon, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.; Philbin, J., dissented.

MORRIS GREENHILL, Respondent, v. EUGENE DELANO and Others, Individually and as Copartners Doing Business under the Firm Name and Style of BROWN BROS. & Co., Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

In the Matter of the Application of DAVID HIRSHFIELD, Commissioner of Accounts of the City of New York, Appellant, for a Warrant for the Arrest and Commitment to Jail of STEPHEN J. HANLEY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ELLWOOD C. JACKSON, Appellant, v. J. K. JOICE Co., Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that there is no proper proof that the defendant is a foreign corporation. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.